**(Official Form 1) (4/07)**

| United States Bankruptcy Court<br>**Northern District of Illinois, Western Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Koczor, Ronald S. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all):   7647 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State)<br>4519 E. Wonder Lake Dr.<br>Wonder Lake, IL           ZIPCODE 60097 | Street Address of Joint Debtor (No. and Street, City, and State)           ZIPCODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Mchenry | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIPCODE | Mailing Address of Joint Debtor (if different from street address):           ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):           ZIPCODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [x] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).   Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetiion from one of more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-693 - 31415 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Ronald S. Koczor |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    Rockford, IL | Case Number:<br>05-74087 | Date Filed:<br>09/2005 |
| Location<br>Where Filed:    N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:    NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X   /s/ Richard T. Jones                    4/17/07<br>     Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Ronald S. Koczor |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Ronald S. Koczor
_____
Signature of Debtor

**X**_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

4/17/07
_____
Date

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to § 1511 of title 11 United States Code, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

(Date)

### Signature of Attorney

**X**   /s/ Richard T. Jones
_____
Signature of Attorney for Debtor(s)

RICHARD T. JONES 6184629
_____
Printed Name of Attorney for Debtor(s)

Jones & Hart
_____
Firm Name

138 Cass Street
_____
Address

Post Office Box 1693       Woodstock, Illinois 60098
_____

(815) 334-8220
_____
Telephone Number

4/17/07
_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X**_____

_____
Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-693 - 31415 - Adobe PDF

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re Ronald S. Koczor _____    Case No._____
                Debtor(s)                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1.   Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2.   Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-693 - 31415 - Adobe PDF

**Official Form 1, Exh. D (10/06) – Cont.**

☐  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Ronald S. Koczor
                        _____
                        RONALD S. KOCZOR

Date: 4/17/07
      _____

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-693 - 31415 - Adobe PDF

2

American General Finance
2011 Irving Park Road
Hanover Park, IL 60133-3164

Arun Narang, MD
Post Office Box 1
Wonder Lake, IL 60097

AT&T
c/o Bankruptcy Department
Post Office Box 57907
Murray, UT 84157

AT&T
c/o OSI Portfolio Serv.
Post Office Box 105346
Atlanta, GA 30348

Basudeb Saha, MD
4318 N. Crystal Lake Rd., #L
McHenry, Illinois 60050

Centegra Health System
c/o AAMS
4800 Mills Civic Pkwy, #202
West Des Moines, IA 50265

Centegra Health System
c/o OSI Collection Service
Post Office box 959
Brookfield, WI 53008-0959

Centegra Health System
Post Office Box 1990
Woodstock, Illinois 60098

Christine Alexander
1506 N. River Road
McHenry, Illinois 60050

ComCast
2508 West Route 120
McHenry, Illinois 60050

ComCast
c/o Credit Protection Assoc.
Post Office Box 9037
Addison, TX 75001-9037

ComEd
Attn.:  Revenue Management
2100 Swiss Drive
Oak Brook, Illinois 60523

Countrywide Home Loans
Attn:  Bankruptcy Dept.
Post Office Box 5170
Simi Valley, CA 93062-5170

Countrywide Home Loans
c/o Codilis & Assoc.
15W030 North Frontage Rd., #100
Burr Ridge, Illinois 60527

Dharmvir S. Verma
616 S. Route 31, #B
McHenry, Illinois 60050

Eagle Food Stores
1000 Skokie Blvd., #225
Wilmette, IL 60091-1176

Eagle Food Stores
c/o Creditors Protection Serv.
202 W. State Street
Rockford, IL 61101

Enterprise Rent-A-Car
c/o Computer Credit Serv.
5340 Clark Street
Chicago, IL 60640

First USA Management Serv.
c/o The Bureaus
1717 Central Street
Evanston, IL 60201-1507

Groot Recycling & Waste Serv.
2500 Landmeier Rd.
Elk Grove Village, IL 60007

GWY Technologies
10619 Deerpath Rd.
Woodstock, Illinois 60098

Halifax Medical Center
c/o NCO Financial
507 Prudential Rd.
Horsham, PA 19044-2308

Halifax Medical Center/Emerg. Dept.
c/o Central States Collection
Post Office Box 3130
Hutchinson, KS 67504

Hicks Gas
1023 Lake Avenue
Woodstock, Illinois 60098-7409

IL Dept. of Employment Security
Benefit Payment Contorl Div.
Post Office box 6996
Chicago, Illinois 60680

Illinois Dept. of Revenue
Bankruptcy Section
Post Office Box 64338
Chicago, IL 60664-0338

Illinois Dept. of Revenue
c/o Linebarger, Goggan, Blair et al
Post Office Box 06140
Chicago, Illinois 60606

Indian Ridge Association
Post Office Box 467
Wonder Lake, Illinois 60097

Internal Revenue Service
230 South Dearborn Street
STOP 5013-CHI
Chicago, Illinois 60604

James Berg, MD
618 S. Route 31
McHenry, Illinois 60050

James Berg, MD
c/o Certified Services
1733 Washington Street
Waukegan, Illinois 60085

M.E.R.S.
c/o Codilis & Assoc.
15W030 North Frontage Rd., #100
Burr Ridge, IL 60527

Marengo Disposal
1050 Green Lee Street
Marengo, Illinois 60152

McHenry County Collector
2200 North Seminary Avenue
Woodstock, IL 60098

McHenry Radiology & Imaging
Post Office Box 220
McHenry, Illinois 60050

McHenry Savings Bank
1209 North Green Street
McHenry, Illinois 60050

Moraine Emergency Phys.
c/o NCO Financial
Post Office Box 41466
Philadelphia, PA 19101

Moraine Emergency Physicians
Post Office Box 8759
Philadelphia, PA 19101-8759

Nicor
Post Office Box 2020
Aurora, Illinois 60507-2020

Northern IL Medical Center
c/o OSI Collection
1375 E. Woodfield Rd.
Schaumburg, IL 60173

Northern IL Medical Center
Post Office Box 1447
Woodstock, Illinois 60098

Northwest Community Hospital
800 West Central Road
Arlington Heights, IL 60005

SBC/Ameritech
c/o Collection Co. of America
700 Longwater Dr.
Norwell, MA 02061

SBC/Ameritech
c/o NCO Financial
507 Prudential Rd.
Horsham, PA 19044-2308

SBC/Ameritech Consumer BK Center
Post Office Box 769
Arlington, Texas 76004-0769

T Mobile
c/o Diversified Consultants, Inc.
Post Office Box 551268
Jacksonville, FL 32255

T Mobile
Post Office Box 742596
Cincinnati, OH 45274-2596

TCF Bank
800 Burr Ridge Parkway
Burr Ridge, Illinois 60521

TCF Bank
c/o American Collection Corp.
919 Estes Court
Schaumburg, IL 60193

TCF Bank
c/o Heller & Frisone
33 N. LaSalle Street
Chicago, IL 60602

Verizon North
Post Office Box 920041
Dallas, Texas 75392-0041

Wonder Lake Vet. Clinic
c/o Armor Systems
1700 Kiefer Dr, #1
Zion, Illinois 60099

Wonder Lake Veterinary Clinic
5609 E. Wonder Lake Rd.
Wonder Lake, IL 60097

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re    Ronald S. Koczor_____ ,

                            Debtor

Case No. _____

Chapter ____13_____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 2 pages, is true, correct and complete to the best of my knowledge.

Date ____4/17/07_____

Signature
of Debtor        /s/ Ronald S. Koczor_____

                RONALD S. KOCZOR

Richard T. Jones
Jones & Hart
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois, Western Division

In re  Ronald S. Koczor

Case No. _____

Chapter _____13_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept .........................................…………………......... $ ____3,000.00____

Prior to the filing of this statement I have received ........…………………............. $ ____500.00____

Balance Due ...............................……………………………………….................. $ ____2,500.00____

2.  The source of compensation paid to me was:

[✓] Debtor        [ ] Other (specify)

3.  The source of compensation to be paid to me is:

[✓] Debtor        [ ] Other (specify)

4.  [✓]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

[ ]  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

4/17/07
_____
Date

/s/ Richard T. Jones
_____
Signature of Attorney

Jones & Hart
_____
Name of law firm