# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: RONALD S. KOCZOR  
4519 E. WONDER LAKE DR.  SSN-xxx-xx-7647  
WONDER LAKE, IL  60097

Case Number: 07-70916

Case filed on: 4/18/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CODILIS & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | OSI PORTFOLIO SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | AAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | OSI COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CREDITORS PROTECTION SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CERTIFIED SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | COLLECTION CO. OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | DIVERSIFIED CONSULTANTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | AMERICAN COLLECTION CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | HELLER & FRISONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | INTERNAL REVENUE SERVICE | 3,108.95 | 3,108.95 | 0.00 | 0.00 |
|  | Total Priority | 3,108.95 | 3,108.95 | 0.00 | 0.00 |
| 054 | RONALD S. KOCZOR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 8,299.96 | 8,299.96 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 152,977.57 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS INC | 36,183.12 | 0.00 | 0.00 | 0.00 |
| 004 | GWY TECHNOLOGIES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | GWY TECHNOLOGIES INC | 10,550.00 | 0.00 | 0.00 | 0.00 |
| 006 | INDIAN RIDGE IMPROVEMENT ASSOC. | 263.36 | 263.36 | 0.00 | 0.00 |
|  | Total Secured | 208,274.01 | 8,563.32 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 722.22 | 722.22 | 0.00 | 0.00 |
| 008 | MCHENRY COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ARUN NARANG, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BASUDEH SAHA MD | 55.00 | 55.00 | 0.00 | 0.00 |
| 015 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CHRISTINE ALEXANDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DHARMVIR S. VERMA | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | EAGLE FOOD STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ENTERPRISE RENT-A-CAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | FIRST USA MANAGEMENT SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | GROOT RECYCLING & WASTE SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | HALIFAX MEDICAL CENTER / EMERG DEPT | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | HICKS GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | IL DEPT OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | JAMES BERG, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MARENGO DISPOSAL | 143.27 | 143.27 | 0.00 | 0.00 |
| 033 | MCHENRY RADIOLOGY & IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MCHENRY SAVINGS BANK | 4,547.86 | 4,547.86 | 0.00 | 0.00 |
| 036 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | NICOR GAS | 3,219.20 | 3,219.20 | 0.00 | 0.00 |
| 039 | NORTHERN ILLINOIS MEDICAL CENTER | 2,423.85 | 2,423.85 | 0.00 | 0.00 |
| 040 | NORTHWEST COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SBC AMERITECH CONSUMER BK CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | T-MOBILE | 1,055.08 | 1,055.08 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 046 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | AFNI/VERIZON | 302.97 | 302.97 | 0.00 | 0.00 |
| 051 | WONDER LAKE VETERINARY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | INTERNAL REVENUE SERVICE | 2,886.51 | 2,886.51 | 0.00 | 0.00 |
| 053 | TERSA HAUTT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 15,355.96 | 15,355.96 | 0.00 | 0.00 |
| | Grand Total: | 226,738.92 | 27,028.23 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan